JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

HUBERT LEE JACKSON, JR.,

Plaintiff,

vs.

SDH SERVICES WEST, LLC DBA SODEXO, INC.,

Defendants.

CASE NO. 2:26-cv-03207-SVW-E

**~~[PROPOSED]~~ ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii)**

Honorable Stephen V. Wilson
Dept. 10-A

# ~~PROPOSED~~ ORDER

Upon review and consideration of the Parties' Stipulation to Dismiss the Entire Action With Prejudice Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, **IT IS HEREBY ORDERED THAT**:

This Action is dismissed, in its entirety, as to all parties and all causes of action, with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

DATED: August 19, 2026

Honorable Stephen V. Wilson
United States District Court